IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                              No. 4:11-cr-235-DPM

KENNETH EDGAR HARMON                                                 DEFENDANT

ORDER

The Court directs the Clerk to issue a summons for Kenneth Edgar Harmon. № 38. The Court will hold a hearing on the motion to revoke Harmon's supervised release on 23 April 2014 at 1:30 p.m.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 February 2014